# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Andy Buxton,                                :
                Petitioner    :
                             :
          v.                         :    No. 253 C.D. 2020
                             :
Office of Attorney General,        :
               Respondent   :

**PER CURIAM**                    **O R D E R**

NOW, December 2, 2020, upon consideration of Petitioner's application for reconsideration/reargument, and Respondent's answer in response thereto, the application is denied.